| 10 | 341 |
|125 | 170 |

---

COPELAND *v.* COPELAND and Another.

THE SAME *v.* TOLER.

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—These cases turn upon the construction of a will. And as the entire will is not copied into the record, we are not able to give an opinion as to the correctness of the ruling below.

The judgment is affirmed with 5 per cent. damages and costs.

*M. M. Ray* and *T. A. McFarland,* for the appellants.

*J. S. Scobey* and *J. Gavin,* for the appellees.